■ In the Matter of DONALD ELLITHORPE, Appellant, v CITY OF SYRACUSE, Respondent. [661 NYS2d 553] —Judgment unanimously affirmed without costs. Memorandum: In this CPLR article 78 proceeding, petitioner, a former Airport Crash Rescue Worker employed by respondent, seeks an order directing respondent to pay his salary and medical expenses pursuant to General Municipal Law § 207-a. Because petitioner was not a member of an organized fire company or fire department within the meaning of the statute, Supreme Court properly

dismissed the petition (*see, Robbins v County of Broome*, 87 NY2d 831; *see also, Matter of Syracuse Hancock Professional Firefighters Assn. v Newman*, 110 AD2d 256, *lv denied* 67 NY2d 605). (Appeal from Judgment of Supreme Court, Onondaga County, Tormey, III, J.—CPLR art 78.) Present—Pine, J. P., Callahan, Doerr and Boehm, JJ.